IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CREDIT CORPORATION OF TENNESSEE, a Tennessee Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANC, INC., a domestic Georgia corporation, d/b/a First National Bank,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>HAROLD A. SHAFER<br><br>Third-Party Defendant. | CIVIL ACTION NO. <u>CV-205-112</u> |

## HAROLD A. SHAFER'S CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

COMES NOW, through undersigned counsel, Third-Party Defendant Harold A. Shafer ("Shafer"), who, pursuant to Local Rule 6.1 requests from the Clerk, a ten (10) day extension of time in which to answer Third-Party Plaintiff's Complaint showing the Court the following:

1

1. WHEREAS, pursuant to Southern District of Georgia Local Rule 6.1 the Clerk of Court is authorized and directed to grant, sign and enter orders on consent, where permitted by law, extending time within which to plead or otherwise defend or make any motion (except a motion for new trial), for an aggregate time not to exceed ten (10) days, if the time originally prescribed or extended within which to plead, defend, or move has not expired. Any such extension may be granted only once with respect to a pleading, and any such order entered by the Clerk may be suspended, altered, or rescinded by the Court for good cause shown;

2. WHEREAS, Third Party Plaintiff filed a Complaint in this action on or about September 15, 2005;

3. WHEREAS, Third Party Defendant executed a notice of waiver of service of process on or about September 27, 2005 that required an answer to be filed on or before October 26, 2005;

4. WHEREAS, Counsel for the Plaintiff and the Third Party Plaintiff have agreed and consented to an extension of time allowing Defendant Shafer ten (10) additional days to respond to Third Party Plaintiff's Complaint, computed from the expiration of the current deadline;

IT IS HEREBY ORDERED that Defendant Shafer shall have up to, through, and including November 7, 2005, to answer, plead, or otherwise

defend against or make any motion in opposition to Third-Party Plaintiff's Complaint.

SO ORDERED this 26th day of October, 2005.

SCOTT L. POFF, CLERK

CLERK, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CONSENTED TO BY:

Roy E. Paul, Georgia Bar No. 567675
Todd M. Baiad, Georgia Bar No. 031605
BOUHAN, WILLIAMS & LEVY LLP
The Armstrong House
447 Bull Street, P.O. Box 2139
Savannah, Georgia 31402-2139
Telephone: 912-236-2491
Facsimile: 912-233-0811
*Attorneys for Third-Party Defendant Harold A. Shafer*

James B. Durham, Georgia Bar No. 235526
William M. McHugh, Georgia Bar No. 493705
DURHAM, McHUGH & DUNCAN, P.C.
Post Office Box 2177
777 Gloucester Street
Brunswick, Georgia 31521-2177
Telephone: (912) 264-1800
*Attorneys for Defendant/Third-Party Plaintiff First National Banc, Inc. d/b/a First National Bank*

3

*Of counsel:*
E. Lanny Russell
Smith, Hulsey & Busey
1800 First Union Bank Tower
222 Water Street
Jacksonville, Florida 32202
Telephone: (904) 359-7700
*Attorneys for Defendant/Third-Party Plaintiff*
*First National Banc, Inc. d/b/a First National Bank*


_____
Wallace E. Harrell, Georgia Bar No. 328800
James L. Roberts IV, Georgia Bar No. 608580
Gilbert, Harrell, Gilbert, Sumerford & Martin, P.C.
777 Gloucester Street, Suite 200
Brunswick, Georgia 31520
Telephone (912) 265-6700
Facsimile (912) 264-3917
*Attorneys for Plaintiff General Electric Credit*
*Corporation of Tennessee*

*Of Counsel:*
Todd C. Torál
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, California 94111-3922
Telephone: (415) 543-8700
*Attorneys for Plaintiff General Electric Credit*
*Corporation of Tennessee*