IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST COURT
BRUNSWICK DIV.

2006 JAN 27  A 11: 04

CLERK _____
_____ OF GA.

| | | |
|---|---|---|
| GENERAL ELECTRIC CREDIT CORPORATION OF TENNESSEE, a Tennessee corporation, | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANC, INC., a Domestic Georgia corporation, d/b/a/ First National Bank, | ) ) ) | CASE NO.: CV205-112 |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Voluntary Dismissal By Plaintiff, it is hereby ordered that this case is hereby dismissed, <u>without prejudice</u>, and without the assessment of attorneys' fees against either party. All further dates are stricken.

DATED: /-22-06            By: _Anthony A Alaimo_____
                                     Judge, United States District Court
                                     Southern District of Georgia